**UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NEW YORK**

**AFFIDAVIT OF SERVICE**



*176858*

Index no : **23-CV-1283**
Filed Date: **12/11/2023**

| Plaintiff(s): | **CAYUGA NATION** |
|---|---|
| | -vs- |
| Defendant(s): | **KATHLEEN C. HOCHUL, ET AL.** |

STATE OF NEW YORK
COUNTY OF ALBANY          ss.:

**Kerry Gunner**, the undersigned, being duly sworn, deposes and says: that the deponent is not a party to this action, is over 18 years of age and resides in the STATE OF NEW YORK.

On **12/12/2023** at **3:17 PM**, deponent served the within **SUMMONS IN A CIVIL ACTION, PROOF OF SERVICE, COMPLAINT, CIVIL COVER SHEET AND INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44** on **THOMAS P. DINAPOLI, IN HIS OFFICIAL CAPACITY AS COMPTROLLER OF THE STATE OF NEW YORK, BY SERVING THE NYS COMPTROLLER'S OFFICE** at **110 State Street, ALBANY, NY 12236** in the manner indicated below:

By delivering a true copy of each to and leaving with **LATISHA WATERS, DESIGNATED AGENT** who stated he/she is duly authorized to accept legal documents.

A description of the **Defendant(s)**, or other person served on behalf of the **Defendant(s)** is as follows:

| Sex | Color of skin/race | Color of hair | Age(Approx) | Height(Approx) | Weight(Approx) |
|---|---|---|---|---|---|
| Female | Black | Brown/Black | 40 | 5Ft4In | 155 lbs |
| Other Features: | | | | | |

Sworn to and subscribed before me on 12/13/2023

Notary Public

[ ] Victoria Nelson
Notary Public, State of NY
No. 01NE6376548
Qualified in Albany County
Commission expires 06/11/2026

[ ] Kerry Gunner
Notary Public, State of NY
No. 01GU5038710
Qualified in Albany County
Commission expires 02/06/2027

X_____
Kerry Gunner
Lightning Legal Services, LLC
P. O. Box 9132
Albany, NY 12209
518.463.1049

Jenner & Block LLP (DC)
1099 New York Avenue, NW
Washington, DC 20001

